UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ21-264 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| BRIAN JOSEPH GARRIO | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offenses charged:

1. Intimidation and Threats

Date of Detention Hearing: May 20, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a criminal record that includes threats and stalking. The government alleges that this 2016 conviction involved in-person threats against a law enforcement officer's spouse with Defendant possessing a knife, in addition to Defendant posting threats about the officer's family on social media. Defendant was further found in violation of his probation in the state of New York.

2. Defendant poses a risk of flight on several grounds. He has a previous violation under supervision. Defendant has been diagnosed with significant mental health issues and is currently unmedicated. The defendant has two outstanding warrants from other States. He has an unstable employment history and no firm release address. Defendant poses a risk of danger based on his pattern of similar conduct involving violent threats, including those to law enforcement and children, and his significant mental health diagnoses. The current allegations are very serious and involve violent threats towards specific targets on social media including the use of names and photographs of the targeted law enforcement officer and their spouse.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 20th day of May, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3